# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE 4, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-01457-JRS-MKK |
| v. | ) |
| | ) |
| BUTLER UNIVERSITY, | ) |
| MICHAEL HOWELL, and | ) |
| RALPH REIFF, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING INADVERTENTLY OMITTED
## EXHIBIT TO DOCKET NO. 28

Comes now Defendant Michael Howell, by counsel, to file Exhibit A to Defendant Michael Howell's Response in Opposition to Plaintiff's Motion to Proceed Under Pseudonym, Docket No. 28. Howell filed his Response on September 5, 2023, but inadvertently omitted Exhibit A from his filing. Filed herewith is Exhibit A to Docket No. 28. The undersigned counsel apologizes for the omission.

Respectfully submitted,

*s/Amanda Couture*
F. Anthony Paganelli, #18425-53
Anne L. Cowgur, #21584-49
Amanda Couture, #24838-53
PAGANELLI LAW GROUP
10401 N. Meridian St., Suite 450
Indianapolis, IN 46290
Tel: 317.550.1855
Fax: 317.569.6016
E-Mail: tony@paganelligroup.com
         acowgur@paganelligroup.com
         amanda@paganelligroup.com

## CERTIFICATE OF SERVICE

  I hereby certify that on September 6, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's CM/ECF electronic filing system.

s/ *Amanda Couture*
Amanda Couture
