| | |
|---|---|
| **Subject:** | RE: Jane Doe 4 v. Butler et al., Case No. 1:23-cv-01457 |
| **Date:** | Monday, August 21, 2023 at 1:14:20 PM Eastern Daylight Time |
| **From:** | Monica Beck |
| **To:** | Anne Cowgur, Amanda Couture, F. Anthony Paganelli |
| **CC:** | Andrea Simmons, Greg Laker, Doug Fierberg, Rachael Denhollander, Erika Klockziem |
| **Attachments:** | Waiver of Service of Summons - Defendant Howell.pdf, 6-4 - Proposed Order.pdf, 6-3 - Exhibit B.pdf, 6-2 - Exhibit A.pdf, 6-1 - Brief in Support.pdf, 6 - Motion to Proceed Under Pseudonym.pdf, Notice of Intention to Proceed Under Pseudonym - Jane Doe 4.pdf, 5 - Summons Issued.pdf, 1 - Complaint.pdf, image002.png, image001.png |

Thank you. Please find attached the following, filed on behalf of Jane Doe 4 in the above-referenced case:

- Complaint
- Summons Issued
- Notice of Intention to Seek Leave to Proceed Under Pseudonym
- Motion to Proceed Under Pseudonym, Brief in Support, Exhibits A & B, and Proposed Order
- Waiver of Service of Summons

Please complete and return to me the Waiver of Service of Summons. My office will file it with the Court.

Best regards,
Monica

**Monica H. Beck**
Managing Legal Counsel

**Phone:** (231) 933-0180
**Fax:** (231) 252-8100
**Email:** mbeck@tfnlgroup.com

201 East 17th Street, Suite A
Traverse City, MI 49684
www.tfnlgroup.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message or any attachment may be confidential and/or privileged, and is intended only for the use of the named recipient. If you are not the named recipient, you are hereby notified that any dissemination, distribution, or copying of this message or any attachment thereto, is strictly prohibited. If you have received this message in error, please contact the sender and delete all copies and attachments.

**From:** Anne Cowgur <acowgur@paganelligroup.com>
**Sent:** Monday, August 21, 2023 9:02 AM

**To:** Monica Beck <mbeck@tfnlgroup.com>; Amanda Couture <amanda@paganelligroup.com>; F. Anthony Paganelli <tony@paganelligroup.com>
**Cc:** Andrea Simmons <asimmons@cohenandmalad.com>; Greg Laker <glaker@cohenandmalad.com>; Doug Fierberg <dfierberg@tfnlgroup.com>; Rachael Denhollander <rdenhollander@tfnlgroup.com>; Erika Klockziem <eyobbi@tfnlgroup.com>
**Subject:** Re: Jane Doe 4 v. Butler et al., Case No. 1:23-cv-01457

Monica:

Our firm will accept service of the complaint and summons via email on behalf of Mr. Howell on the terms you have outlined below. Please also forward any additional documents that have been filed in matter 1:23-cv-01457.

Anne



Anne Cowgur
Attorney at Law
10401 N. Meridian St., Suite 450
Indianapolis, IN  46290
Tel:      317/550-1855
Direct:  317/915-5882
Mobile: 317/504-8353
Email:   acowgur@paganelligroup.com
Web:    www.paganelligroup.com

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Monica Beck <mbeck@tfnlgroup.com>
**Date:** Friday, August 18, 2023 at 11:34 AM
**To:** Amanda Couture <amanda@paganelligroup.com>, Anne Cowgur <acowgur@paganelligroup.com>, F. Anthony Paganelli <tony@paganelligroup.com>
**Cc:** Andrea Simmons <asimmons@cohenandmalad.com>, Greg Laker <glaker@cohenandmalad.com>, Doug Fierberg <dfierberg@tfnlgroup.com>, Rachael Denhollander <rdenhollander@tfnlgroup.com>, Erika Klockziem <eyobbi@tfnlgroup.com>
**Subject:** Jane Doe 4 v. Butler et al., Case No. 1:23-cv-01457

Dear Counsel,

We represent a fourth plaintiff, Jane Doe 4, who yesterday filed a complaint against Butler University, Ralph Reiff, and Michael Howell in the U.S. District Court for the Southern District of Indiana.  Will you accept service of the complaint and summons via email on behalf of Mr. Howell?  If so, I will email you the pleadings along with a Waiver of Service of Summons form for you to complete that we will file with the Court.

Best regards,
Monica

**Monica H. Beck**
Managing Legal Counsel

**Phone**: (231) 933-0180
**Fax:** (231) 252-8100
**Email**: mbeck@tfnlgroup.com

201 East 17th Street, Suite A
Traverse City, MI 49684
www.tfnlgroup.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message or any attachment may be confidential and/or privileged, and is intended only for the use of the named recipient. If you are not the named recipient, you are hereby notified that any dissemination, distribution, or copying of this message or any attachment thereto, is strictly prohibited. If you have received this message in error, please contact the sender and delete all copies and attachments.